AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Amy Gustafson Schwab, Greg Gustafson,
Charlotte Gustafson, Ryan Gustafson

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 12-127 DSD/AJB

Solar Energy Initiatives, Inc., David W. Fann,
Michael J. Dodak

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. That Judgment is entered against Defendant Solar Energy Initiatives, Inc. in favor of Plaintiffs in the amount of $750,000.00 inclusive of costs and disbursements;

2. That this Judgment may not be satisfied by levy, attachment, execution or any other process directed against the personal, individual, business or community assets or holdings of Defendant, Solar Energy Initiatives, Inc. nor shall it become a lien upon any of the real or personal property of Defendant, Solar Energy Initiatives, Inc. wherever said real or personal property may be located, but that collection of this Judgment may be sought solely from the insurance carrier denying coverage herein, or any other insurance company which at any lime has written any insurance policy which provided protection to the Defendant, Solar Energy Initiatives, Inc. against any of the claims which have or may have been brought by the Plaintiffs.

| January 13, 2014 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)   A. Linner   Deputy Clerk |